UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DESMOND WITHERSPOON, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> JOSEPHINE BELL-WITHERSPOON, : <br> : <br> Defendant. : | **Civil Action No. 14-6573 (SRC)** <br><br> **OPINION** |

**CHESLER**, District Judge

      This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed <u>in forma pauperis</u> without fees under 28 U.S.C. § 1915. The Court finds that Plaintiff qualifies for <u>in forma pauperis</u> status, yet his Complaint will be dismissed. The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient. 28 U.S.C. § 1915(e)(2). Here, Plaintiff seeks $5,000 for "Public Humiliation." No further information is provided. As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction, and he has failed to state a facially plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits. An appropriate Order will be filed.

                                                      s/Stanley R. Chesler
                                                     STANLEY R. CHESLER
                                                     United States District Judge

Dated: October 28, 2014